## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| ELIZABETH SHOGAN, | Case No. 2:17-cv-11900-AJT-SDD |
| Plaintiff, | Judge: Honorable Arthur J. Tarnow |
| v. | Magistrate Judge: Honorable Stephanie Dawkins Davis |
| DIVERSIFIED CONSULTANTS, INC., | |
| Defendant. | **NOTICE OF SETTLEMENT** |

Now comes Plaintiff, through counsel, to notify the Court that the parties have reached a settlement.  The parties are currently working on facilitating the settlement.  Plaintiff expects to dismiss this case within sixty days.

RESPECTFULLY SUBMITTED,

Date: August 29, 2017

By:   /s/ Jeffrey S. Hyslip
Jeffrey S. Hyslip, Esq.
HYSLIP & TAYLOR, LLC LPA
1100 W. Cermak Rd., Suite B410
Chicago, IL  60608
Phone: 312-380-6110
Fax: 312-361-3509
Email: jeffrey@lifetimedebtsolutions.com
Ohio Bar No. 0079315

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2017, I electronically filed the foregoing

Notice.  Service of this filing will be made by the Court's CM/ECF system upon

the following:

Morgan I. Marcus
Sessions, Fishman, Nathan & Israel
120 S. LaSalle Street, Suite 1960
Chicago, IL  60603
mmarcus@sessions.legal

*Counsel for Defendant*

s/ Jeffrey S. Hyslip