**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| ELIZABETH SHOGAN,<br><br>   Plaintiff,<br><br>v.<br><br>DIVERSIFIED CONSULTANTS, INC.,<br><br>   Defendant. | Case No.  2:17-cv-11900-AJT-SDD<br><br>Judge:<br>Honorable Arthur J. Tarnow<br><br>Magistrate Judge:<br>Honorable Stephanie Dawkins Davis<br><br>**NOTICE OF DISMISSAL<br>WITH PREJUDICE** |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice.  This notice is being filed before Defendant has filed an answer and therefore is appropriate for dismissal absent stipulation by all parties.

                              RESPECTFULLY SUBMITTED,

Date:  October 5, 2017         By: /s/ Jeffrey S. Hyslip
                                   Jeffrey S. Hyslip
                                   HYSLIP & TAYLOR, LLC, LPA
                                   1100 W. Cermak Rd., Suite B410
                                   Chicago, IL  60608
                                   Phone: 312-380-6110
                                   Fax: 312-361-3509
                                   jeffrey@lifetimedebtsolutions.com
                                   Ohio Bar No. 0079315
                                   *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2017, I electronically filed the foregoing Notice. Service of this filing will be made by the Court's CM/ECF System upon the following:

Marcus I. Morgan, Esq.
SESSIONS, FISHMAN, NATHAN & ISRAEL
120 South LaSalle Street, Suite 1960
Chicago, IL  60603

*Counsel for Defendant*

/s/ Jeffrey S. Hyslip